**RECEIVED**

JUL 1 1 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JEFFREY D. GOSSEN, ET AL | CIVIL ACTION NO. 11-00666 |
| VERSUS | JUDGE DOHERTY |
| NAVIGATORS INSURANCE COMPANY, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation [Rec. Doc. 12]. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED** that Defendants' Motion to Dismiss or Alternatively Transfer for Improper Venue, Motion to Dismiss for Lack of Personal Jurisdiction, and Motion to Dismiss for Failure to State a Claim (Rec. Doc. 6) is **GRANTED IN PART AND DENIED IN PART** as follows:

1) this matter is transferred to the United States District Court for the Southern District of Florida;

2) the remaining requests for relief are **DENIED WITHOUT PREJUDICE**.

Lafayette, Louisiana, this _11_ day of June, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE